

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

September 25, 2018

Hon. Robert D. Drain
Southern Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

    Re:        Francisca Quiroa De Calderon
    Case#:    18-22716
    File:        34779

Hon. Robert D. Drain

Our office represents, Rushmore Loan Management Services, LLC, in the above referenced matter. As of today, my client has not received a financial package for review. Upon information from my client it appears that the Village of Portchester has posted at the property that it is unfit for human occupancy. We would need an explanation of this notice and the state of the property.

In order for Rushmore Loan Management Services, LLC, to review for any loss mitigation options they require the following:
1. A brief letter outlining the events that led to your current hardship, any proof documenting it, and your intentions toward the property.
2. Pay stubs for each borrower for the last month.
3. Copies of your most recent bank statements for each bank account for the last month.
4. The most recent year's tax return, all schedules and W2's.
5. Most recent statement for any 401K, IRA, mutual funds etc.
6. Completed Financial package attached.

Very Truly Yours,
/S/Ted Eric May, Esq.
Ted Eric May, Esq.

TEM;kl