

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

January 29, 2019

Hon. Robert D. Drain
Southern Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

    Re:    Francisca Quiroa De Calderon
    Case#:    18-22716
    File:    34779

Honorable Robert D. Drain

Our office represented Rushmore Loan Management Services, LLC, the prior servicer on the above referenced matter. This loan was serviced released to SN Servicing Corp. on or about November 15, 2018.

On January 7, 2019, we were informed by SN Servicing Corp. that the bankruptcy file was being transferred from our firm to Friedman Vartolo LLP to handle the bankruptcy on their behalf.

Loss Mitigation documents were received from Debtor's counsel and have been forwarded to SN Servicing Corp. We have notified our client of that there is a hearing on for January 30, 2019 and that their new firm should appear to represent their interest.

Please allow additional time for SN Servicing Corp. to review the loss mitigation package that was received and for Friedman Vartolo LLP to appear.

Thank you.


Very Truly Yours,


/S/Ted Eric May, Esq.
Ted Eric May, Esq.

TEM;kl