# Tirelli Law Group, LLC

Westchester Financial Center
50 MAIN STREET, STE. 1265
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

Linda M. Tirelli*

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS

July 25, 2019

Hon. Sean H. Lane
United Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: In re *Francisca Quiroa De Calderon* Case No. 18-22716 (SHL)
Loss Mit Status Report

Dear Honorable Judge Lane,

Please be advised that this firm continues to represent Ms. Francisca Quiroa De Calderon in all matters pertaining to her chapter 13 bankruptcy case, including Court ordered loss mitigation program.

By way of Status Report, the Debtor is seeking non-retention options, in particular a short sale. An offer was received on the property, the same was forwarded to opposing counsel. The property is subject to various complications, for which an engineer's report, contract work estimates and title report listing outstanding building violations. Additionally, the Village of Portchester has deemed the property to be uninhabitable in its current state, all information being provided to opposing counsel.

At this time the undersigned is working on a 363 Motion to sell the property and will file the same shortly.

Thank you for your time and attention to this matter I remain

                                        Very truly yours,
                                        __/s/ Linda M Tirelli_____
                                        Linda M Tirelli, Esq.
                                        Debtor's Counsel

cc:
Jonathan Schwalb , Esq.