# EXHIBIT A

# VILLAGE OF PORTCHESTER NOTICE

