# EXHIBIT C

## CONTRACTOR WORK ESTIMATE

# WORK ESTIMATE

**DATE**
July 17, 2019

**ESTIMATE NO.**
02019098

**EARTH IMPROVMENTS INC.**
Lic. No.: <u>1322790</u>
16 Riverside Drive
Dobbs Ferry, NY 10522
(914)263-3682
workrac@aol.com

**PROPOSAL TO:**
Mr. Frank Donato
15 Hatch Terrace
Dobbs Ferry, NY 10522
(914)447-9684

<u>THIS IS AN ESTIMATE VALID FOR 30 DAYS AND IS SUBJECT TO CHANGE AT ANY TIME</u>

This estimate pertains to work requested at multi-family dwelling located at <u>144-146 Smith Street, Portchester, NY.</u> The property is currently deemed unihabitable by the City of Portchester. This estimate is based on findings in a detailed engineer's report in addition to a site inspection by Earth Improvements Inc, a licensed general contractor. <u>This estimate does not include costs of attending any required meetings and hearing for approval of plans before the building department or with code enforcement officers or any other government agency.  Such time is billed additional at $150 per hour.</u>

| SUB Contractor Type | Work Description | Cost Estimate |
|---|---|---|
| Electrician | Update all to code. Replace all electrical panels and sub panels; Install new receptacles throughout; Install GFI Recptacles in 4 kitchens and baths; Need to rewire system due to noted frayed wires throughout ; replace all smoke and carbon dioxide detectors; | $27,500.00 |
| Plumber | Replace 2 boilers (inoperable); replace heating system including zone valves; replace 2 hot water tanks; repair leaks and fasten loose pipes | $21,150.00 |
| Exterminator | Remove cats (approximately 20), exterminate rodents and insects (infestation noted throughout all 4 units and basement) | $4500.00 |
| Mold Remediation | Testing and mold remediation | $12,000.00 |
| General Contractor | Demolition Gut house (all units) removing all wood due to saturation with cat, dog, rodent urine and feces all wood must be removed and replaced. Replace wood joists, studs, floors, foot mouldings, Door mouldings | $257,000.00 |
|  | Remove existing sheetrock throughout, including water damaged / mold infested sheetrock, install insulation, tape and paint; | $25,000.00 |
|  | Replace damaged rafters; | $15,000.00 |

|  | Item | Price |
| --- | --- | --- |
|  | Replace damaged exterior shake siding, patch and paint exterior; | $21,500.00 |
|  | Install new hardwood floors throughout | $34,650.00 |
|  | Replace Roof | $13,500.00 |
|  | Replace Windows | $15,575.00 |
|  | Demolition, Renovate 4 bathrooms and 4 kitchens | $150,000.00 |
|  | Repair porch and decks | $15,000.00 |
|  | Replace gutters and leaders | $2,650.00 |
|  | Replace Fence | $1,850.00 |
|  | Landscape and clean up exterior (includes removal of various junk and debris) | $4,200.00 |
|  | Excavate around foundation, waterproof foundation and basement | $16,500.00 |
|  | Remove deteriorated fire escape and replace per code | $15,000.00 |

| | |
| --- | --- |
| Subtotal | $652,575.00 |
| Sales Tax | 0.00 |
| Total | $652,575.00 |